## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE STATE OF PENNSYLVANIA | : | |
| | : | |
| v. | : | 02-MC-183 |
| | : | |
| LLOYD DEANS | : | |

### O R D E R

**AND NOW,** this ___ day of July 2002, it is **ORDERED** that plaintiff's motion for speedy trial and/or dismissal of charges (docket entry # 1) is **DENIED**. The clerk's office is instructed to mark this action closed.[1]

_____
ANITA B. BRODY, J.

Copies FAXED on ___ to:        Copies MAILED on ___ to:

---

[1] According to the motion filed by Lloyd Deans, a prisoner at FCI Fort Dix, on September 23, 2000, a warrant for his arrest was issued for failure to appear in court on charges of driving under the influence. This warrant has been lodged with the Federal Bureau of Prisons, for delivery of custody of Deans upon his release from federal custody. Deans filed a motion in this court requesting either for a speedy trial on or dismissal of those charges as the warrant is affecting his eligibility for programs at FCI Fort Dix. However, as this court has no jurisdiction over charges pending in the state courts, I have denied Deans' motion.