IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE STATE OF PENNSYLVANIA** : | | **MISC. ACTION** |
| **v.** : | | |
| **LLOYD DEANS** : | | NO. **2002-183** |

**AMENDING**
**O R D E R**

  **AND NOW**, this **_____ day** of **August, 2002,** it is **Ordered** that this Court's order of **July 23, 2002** is amended to reflect that it is the defendant Lloyd Deans' motion for speedy trial and/or dismissal of charges, **docket entry #1**, that is **DENIED**.

ATTEST:          or  BY THE COURT

BY:_____     _____
  Deputy Clerk          Judge

Civ 12 (9/83)

**Copies faxed on _____ to:**   **Copies mailed on _____ to:**